JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TAQUAN GULLETT,<br><br>    Petitioner,<br><br>    v.<br><br>LUCY SALAS, et al.,<br><br>    Respondents. | Case No. 2:21-cv-05720-JAK-JDE<br><br>JUDGMENT |

Pursuant to the Order Re: Summary Dismissal of Action,

IT IS ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

Dated: November 18, 2021

_____
JOHN A. KRONSTADT
United States District Judge